# MINUTE ORDER

Page 8

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 02/01/16     Time: 2:00 p.m.

Defendant: WAYNE EDWARD COX     J#: 12907-104     Case #: 16-20034-CR-GAYLES

AUSA: Christina Moreno     Attorney: Larry Handfield  perm.

Violation: Engaging in Business of Unlicensed Dealing in Firearms     Surr/Arrest Date: 2/1/2016     YOB: 1960

Proceeding: Initial Appearance     CJA Appt: ___

(Bond)/PTD Held: X Yes  ☐ No     Recommended Bond: ___

Bond Set at: $25,000 10%.     Co-signed by: ___

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD FL
- [x] Other: No boat travel

Language: English

Disposition: Deft. advised Govt. Rec.

$25,000 10%

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
(Prelim)/Arraign or Removal: 2/16   10:00   Duty   Miami
Status Conference RE: ___
D.A.R. 14:11:27     Time in Court: 10 mins.

s/Barry L. Garber     Magistrate Judge